United States District Court
Southern District of Texas
**ENTERED**
February 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIN BENNETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3598 |
| | § | |
| PROGRESSIVE LEASING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have agreed to stay the case in its entirety and refer the matter to arbitration. This case is stayed and administratively closed pending the result of arbitration. The case may be reopened on a motion filed by either party within 30 days after the arbitration award is issued and the arbitration concluded.

SIGNED on February 24, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge